# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2014

## NO. 03-12-00555-CV

**Texas Commission on Environmental Quality, Appellant**

**v.**

**Angela Bonser-Lain; Karin Ascott, as next friend on behalf of T. V. H. and A. V. H., minor children; and Brigid Shea, as next friend on behalf of E. B. U., a minor child, Appellees**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### VACATED AND RENDERED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the district court on August 2, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court vacates the district court's judgment and renders judgment dismissing the cause for want of subject-matter jurisdiction. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.